**Order filed May 7, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00885-CV**
_____

**LESLIE TAYLOR AND KENNARD LAW, P.C., Appellants**

**V.**

**AL DAVIDSON, AMERICAN POSTAL WORKERS UNION, ALF-CIO, LOCAL 185, DEA ALBERTSON, COREY JASPER, BARBARA VAUGHNS AND DIANN SCURLARK, Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-11524**

---

## ORDER

The notice of appeal in this case was filed November 1, 2019, on behalf of Leslie Taylor, plaintiff, and her counsel, Kennard Law, P.C. It is brought from an order signed October 2, 2019, denying "Plaintiff's Bill of Review and Motion for Reconsideration." The subject of the motion was the trial court's order of July 18, 2019, awarding attorney's fees and sanctions "against Plaintiff and Plaintiff's attorney Alfonso Kennard, Jr."

On February 12, 2020, a brief was filed on behalf of Kennard as appellant. The brief states Kennard is no longer representing Taylor. On April 21, 2020,

Kennard filed a motion to withdraw from representation of Taylor, which this court granted. As of this date, new counsel for Taylor has not appeared before this court, nor has she appeared pro se.

Unless Leslie Taylor files a brief within 30 days from the date of this order, informs this court that she is seeking counsel, or files a motion for extension of time to file a brief, she will be dismissed from this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellees will be given 30 days to respond after Taylor's brief, if any, is filed.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.